FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL WAYNE B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:19-CV-00117-RHW <br><br> **ORDER REJECTING NON-PARTY NEVADA SMITH'S MOTION FOR MISCELLANEOUS RELIEF** |

Non-party, Nevada Smith, has lodged a motion for miscellaneous relief in this case.[1] The filing does not comport with the Federal Rules of Civil Procedure and this case was closed April 9, 2020. *See* ECF No. 14. Nevada Smith does not request to be joined as a party in this case, *see* Fed. R. Civ. P. 19 & 20, and cites to no authority that would allow the miscellaneous motion to be filed on the docket. Thus, this Court rejects the filing by Nevada Smith.

Accordingly, **IT IS ORDERED:**

---

[1] The filing has been placed on the docket for the Court's view only, and it has not been filed on the public docket.

**ORDER REJECTING NON-PARTY NEVADA SMITH'S MOTION FOR MISCELLANEOUS RELIEF ~ 1**

1. The filing by Nevada Smith titled "Nevada Smith, Third Party Request [sic] Leave To File Notice To This Court That Commissioner And His Contract Doctors [sic] Medical Release Is Adhesion Contract And Commissioner Treating Physician Rule Is In Violation Of The Tenth Amendment Interstate Commerce Act And Washington Law" is **REJECTED** for failing to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

2. The document lodged by Nevada Smith shall be filed as a restricted entry for the Court's view only.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel. A copy of this order shall also be mailed to the non-party filer, Nevada Smith, PO Box 294, Morristown, MN 55052.

**DATED** this 10th day of March, 2022.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER REJECTING NON-PARTY NEVADA SMITH'S MOTION FOR MISCELLANEOUS RELIEF ~ 2**